In the Matter of the Claim of THERESA FINIZIO and Others, Respondents, against H. ZUCKERMAN SHOE MFG. CO., INC., Appellant, and STATE INSURANCE FUND. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board. Hinman, Acting P. J., Davis, Whitmyer and Hill, JJ., concur; Hasbrouck, J., dissents.

In the Matter of the Claim of FRED FREELAND, Respondent, against ENDICOTT FORGING & MFG. CO., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that the award is for permanent partial disability under subdivision 3-u of section 15 of the Workmen's Compensation Law,■ due to multiple injuries, and the Board has failed to rescind a schedule award previously paid and has failed to allow credit for earning capacity from the date of the accident as required by the authorities. (See *Matter of Carolan v. Hoe & Co.*, 225 App. Div. 393; *Pinski v. Superior Fireproof Door & Sash Co.*, 209 id. 305; *Matter of Schaefer v. Buffalo Steel Car Co.*, 250 N. Y. 507.) Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ., concur.

In the Matter of the Claim of JOHN COLLIER, Respondent, against WILLIAM S. DANGARD and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion of the insurance carrier for reargument denied, and its motion for leave to appeal to the Court of Appeals granted.█ Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of CHARLES J. HOLT, Respondent, against JAMES C. FORBES and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of DANIEL SHEPELOWISCH, Respondent, against JOSEPH H. BENZING & CO., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied, with ten dollars costs to the claimant against the employer and the insurance carrier. Present — Van Kirk, P. J. Hinman, Davis, Whitmyer and Hill, JJ.